UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Myah HERREL,
Plaintiff,
v.
CITY OF ESCONDIDO, et al.,
Defendant.

Case No.: 26-cv-2061-AGS-JLB

**ORDER DENYING PLAINTIFF'S IFP MOTION (ECF 2)**

Plaintiff Myah Herrel moves to proceed without paying the usual $405 in court-filing fees. *See* 28 U.S.C. § 1914(a); District Court Misc. Fee Schedule, S.D. Cal. (effective Dec. 1, 2023). If granted the right to proceed in forma pauperis ("IFP"), a plaintiff can proceed without paying those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). To qualify for that status, plaintiff must "state the facts as to [her] poverty with some particularity." *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960).

Herrel has not met this standard—her IFP application lists "$15,000" as her "[a]verage monthly income during the past 12 months." (ECF 2, at 1.) That she was "forced to move," works a "job" that "is far away," and "make[s] less now" does not render a $180,000 salary a poverty wage. (*See id.* at 5.) To be sure, in other parts of her application, she lists that her previous employer paid her only "$1,500" "monthly," so the initial "15,000" listing may have been a typo. (*See id.* at 2.) But that $13,500 monthly typo is too large to overlook given Herrel's burden to state with "particularity" her state of "poverty." *See Jefferson*, 277 F.2d at 725.

The IFP motion is **DENIED**. By August 7, 2026, plaintiff must either pay the filing fee or resubmit the IFP request.

Dated: July 22, 2026

Hon. Andrew G. Schopler
United States District Judge